UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GUIDEONE ELITE INSURANCE COMPANY,

    Plaintiff,

v.

OLD CUTLER PRESBYTERIAN CHURCH, INC.; J.A.W. individually and as legal guardian/parent of E.S.W. and P.W.; E.S.W. and P.W., minors by and through their parents and legal guardians, J.A.W. and J.S.W.; J.S.W. as husband of J.A.W.

    Defendants.
_____/

OLD CUTLER PRESBYTERIAN CHURCH, INC.; J.A.W. individually and as legal guardian/parent of E.S.W. and P.W.; E.S.W. and P.W., minors by and through their parents and legal guardians, J.A.W. and J.S.W.; J.S.W. as husband of J.A.W.

    Defendants/Counterclaim Plaintiffs,

v.

GUIDEONE ELITE INSURANCE COMPANY, and
GUIDEONE MUTUAL INSURANCE COMPANY,

    Counterclaim Defendants.
_____/

CASE NO. 03-21130-CIV-KING

Senior Judge: JAMES L. KING

Magistrate Judge: JOHN J. O'SULLIVAN



FILED by _____ D.C.

NOV 18 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## FINAL JUDGMENT PURSUANT TO MANDATE

THIS CAUSE is before the Court on Defendants, J.A.W., E.S.W., J.S.W., and P.W.'s, motion to enter judgment in favor of Defendants based upon the opinion and mandate of the Eleventh Circuit Court of Appeals.

GuideOne brought this action against Defendants for a declaratory judgment concerning the terms and conditions of a policy of liability insurance. Defendants counterclaimed for a declaration that there was coverage under the liability and umbrella policies issued by GuideOne. This court entered a summary judgment in favor of GuideOne, which was reversed by the Eleventh Circuit in a decision rendered on August 19, 2005. The Eleventh Circuit issued its mandate on October 27.

In its opinion, the Eleventh Circuit reversed the grant of summary judgment in favor of GuideOne and remanded "with directions to enter final judgment in favor of the Defendants, and thus, in favor of coverage." Opinion at 31. There are no issues in this case that were not addressed by the opinion of the Eleventh Circuit, except for Defendant, Old Cutler's, right to recover attorney's fees pursuant to section 627.428, Florida Statutes.

Accordingly, it is ORDERED and ADJUDGED:

1. That the opinion of the Eleventh Circuit in this case, reported as *Guideone Elite Ins. Co. v. Old Cutler Presbyterian Church, Inc.*, 420 F.3d 1317 (11th Cir. 2005), is hereby adopted as the findings of fact and conclusions of law of this court. Consistent with that opinion,

    a. Plaintiff's motion for summary judgment is DENIED;

    b. Defendants, J.A.W., E.S.W., J.S.W., and P.W.'s, cross-motion for summary judgment is GRANTED; and

    c. Defendant, Old Cutler's, cross-motion for summary, is GRANTED.

2. The Court reserves jurisdiction to consider motions for attorneys' fees and costs.

2

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this __18__ day of November, 2005.

_____
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Roderick Coleman, Esq.
Bradley Silverman, Esq.
Stephen A. Kandell, Esq.
Jean Kneale, Esq.